```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                                  Case No. 18-04779-JJT
Andrea Marie Shaul                                                                      Chapter 13
Robert Blain Shaul
       Debtors                              CERTIFICATE OF NOTICE
District/off: 0314-4           User: CGambini               Page 1 of 3                  Date Rcvd: Dec 18, 2018
                               Form ID: pdf010              Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2018.
db/jdb         +Andrea Marie Shaul,   Robert Blain Shaul,   13585 Berwick Tpke,   Gillett, PA 16925-9125
5129860        +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
5129868       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
5129864        +Canal Crossing,   130 Saddlestone Ln,   Main Office,   Camillus, NY 13031-1681
5129863        +Canal Crossing,   130 Saddlestone Place, Camillus, NY,   Camillus, NY 13031-1681
5129869        +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
5129883         Ed Financial,   P.O. Box 36008,   Knoxville, TN 37930-6008
5135123        +Edfinancial Services on behalf of Massachusetts Hi,   PO Box 16129,   St Paul MN 55116-0129
5135122        +Edfinancial Services on behalf of NYHESC,   New York State Higher Education Services,
                 99 Washington Ave.,   Albany, NY 12210-2822
5129884        +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5135161        +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
5129889        +Fnb Omaha,   P.o. Box 3412,   Omaha, NE 68197-0001
5129890        +Garden Homes Management Corporation,   29 Knapp St,   PO Box 4401,   Stamford, CT 06907-0401
5129892        +Guthrie/Robert Packer Hospital,   1 Guthrie Square,   Sayre, PA 18840-1698
5138858         Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,   GLHEC and Affiliates,
                 PO BOX 8961,   Madison, WI 53708-8961
5139393         Navient Solutions, LLC. on behalf of,   Educational Credit Management Corporatio,
                 PO BOX 16408,   St. Paul, MN 55116-0408
5129911        +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
5131032         Nissan Motor Acceptance,   POB 660366,   Dallas, TX  75266-0366
5129912         PA Income Tax - Dept of Rev,   PO BOX 280506,   Harrisburg, PA 17128-0506
5129914         Raymour & Flanighan,   PO Box 130,   Liverpool, NY 13088-0130
5129915        +Realpage Utility Management,   130 Saddlestone Place,   Camillus, NY 13031-1681
5129917        +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
5129919        +Sunoco/citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
5133056        +TD Auto Finance LLC,   Trustee Payment Dept., PO Box 16041,   Lewiston, ME 04243-9523
5133073        +TD Auto Finance LLC,   c/o Schiller, Knapp, LLP,   950 New Loudon Road,   Latham, NY 12110-2100
5129933        +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
5129934        +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
5129936        +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
5129888       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court: Elan Financial Service,   Po Box 108,   Saint Louis, MO 63166)
5129939        +WaterWatch,   67 Warehouse St,   Rochester, NY 14608-1736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5129859        +E-mail/Text: ally@ebn.phinsolutions.com Dec 18 2018 19:26:32    Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
5129862        +E-mail/Text: legal@blirentals.com Dec 18 2018 19:26:43    BLI Rentals LLC,   PO Box 992,
                 Emporia, KS 66801-0992
5129865         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 18 2018 19:36:06    Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
5129896         E-mail/Text: BankruptcyNotices@aafes.com Dec 18 2018 19:26:36    Military Star,
                 3911 S Walton Walker Blv,   Dallas, TX 75236
5129870        +E-mail/PDF: pa_dc_ed@navient.com Dec 18 2018 19:36:10    Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
5129893         E-mail/Text: cio.bncmail@irs.gov Dec 18 2018 19:26:40    IRS - Federal,
                 Centralized Insolvency Operation,   Post Office Box 7346,   Philadelphia, PA 19101-7346
5129894        +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 18 2018 19:26:37    Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
5129897        +E-mail/PDF: pa_dc_claims@navient.com Dec 18 2018 19:36:11    Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
5130196        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2018 19:36:09
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5131217         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 18 2018 19:26:57
                 Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
5129913        +E-mail/Text: bankruptcyteam@quickenloans.com Dec 18 2018 19:27:17    Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
5133688        +E-mail/Text: bankruptcyteam@quickenloans.com Dec 18 2018 19:27:17    Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
5129916        +E-mail/Text: ebn_bkrt_forms@salliemae.com Dec 18 2018 19:27:23    Sallie Mae,   Po Box 3229,
                 Wilmington, DE 19804-0229
5131034         E-mail/Text: bankruptcy@bbandt.com Dec 18 2018 19:26:55    Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
5129918        +E-mail/Text: bankruptcy@bbandt.com Dec 18 2018 19:26:55    Sheffield Financial Co,
                 2554 Lewisville Clemmons,   Clemmons, NC 27012-8110
5129921        +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:34:52    Syncb/amazon,   Po Box 965015,
                 Orlando, FL 32896-5015
5129922        +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:35:26    Syncb/ashley Homestore,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
```
Case 4:18-bk-04779-JJT   Doc 22   Filed 12/20/18   Entered 12/21/18 00:45:30   Desc
                      Imaged Certificate of Notice   Page 1 of 4

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5129924       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:36:04      Syncb/care Credit,
               950 Forrer Blvd,   Kettering, OH 45420-1469
5129926       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:35:25      Syncb/jcp,   Po Box 965007,
               Orlando, FL 32896-5007
5129928       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:34:53      Syncb/lowes,   Po Box 965005,
               Orlando, FL 32896-5005
5129930       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:34:52      Syncb/sams Club Dc,
               Po Box 965005,   Orlando, FL 32896-5005
5129931       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:34:52      Syncb/toysrus,   Po Box 965005,
               Orlando, FL 32896-5005
5129932       +E-mail/PDF: gecsedi@recoverycorp.com Dec 18 2018 19:34:52      Syncb/walmart,   Po Box 965024,
               Orlando, FL 32896-5024
5129938        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 18 2018 19:26:29
               Verizon Fios,   PO Box 15124,   Albany, NY 12212-5124
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5129891        Grnsky/thdlnsvc/fiftht
5129937        UGI
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5129861*      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
5129866*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
5129867*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
5129871*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129872*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129873*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129874*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129875*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129876*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129877*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129878*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129879*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129880*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129881*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129882*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129885*      +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5129886*      +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5129887*      +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5129895*      +Kohls/capone,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
5129898*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129899*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129900*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129901*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129902*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129903*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129904*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129905*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129906*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129907*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129908*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129909*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129910*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129920*      +Sunoco/citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
5129923*      +Syncb/ashley Homestore,   950 Forrer Blvd,   Kettering, OH 45420-1469
5129925*      +Syncb/care Credit,   950 Forrer Blvd,   Kettering, OH 45420-1469
5129927*      +Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
5129929*      +Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
5129935*      +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
                                                                                  TOTALS: 2, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          Martin A Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
           kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
          Matthew Joseph Zeigler    on behalf of Debtor 1 Andrea Marie Shaul mjzeigler@comcast.net,
           r59360@notify.bestcase.com
          Matthew Joseph Zeigler    on behalf of Debtor 2 Robert Blain Shaul mjzeigler@comcast.net,
           r59360@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANDREA MARIE SHAUL<br>ROBERT BLAIN SHAUL<br><br>Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 4-18-04779-JJT |
| vs. | |
| ANDREA MARIE SHAUL<br>ROBERT BLAIN SHAUL<br><br>Respondent(s) | MOTION TO DISMISS |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.

Dated: December 18, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)