In re:                                                              Case No. 18-04779-RNO
Andrea Marie Shaul                                                  Chapter 13
Robert Blain Shaul
       Debtors                          **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: CGambini        Page 1 of 3        Date Rcvd: May 01, 2019
                            Form ID: pdf002        Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
```
db/jdb      +Andrea Marie Shaul,   Robert Blain Shaul,   13585 Berwick Tpke,   Gillett, PA 16925-9125
5144013      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern PA 19355-0701
5129860     +Amex,  Po Box 297871,  Fort Lauderdale, FL 33329-7871
5129868     ++CITIBANK,  PO BOX 790034,  ST LOUIS MO 63179-0034
             (address filed with court: Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
5129863     +Canal Crossing,   130 Saddlestone Place, Camillus, NY,   Camillus, NY 13031-1681
5129864     +Canal Crossing,   130 Saddlestone Ln,   Main Office,   Camillus, NY 13031-1681
5181292      Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5129869     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
5179097     +Dr. Robert Dracker,   4811 Buckley Rd.,   Liverpool, NY 13088-3629
5129883      Ed Financial,   P.O. Box 36008,   Knoxville, TN 37930-6008
5180351     +Edfinancial Services on behalf of MDHE c/o ASA,   MDHE c/o American Student Assistance,
             100 Cambridge Street, Suite 1600,   Boston, MA 02114-2567
5135123     +Edfinancial Services on behalf of Massachusetts Hi,   PO Box 16129,   St Paul MN 55116-0129
5135122     +Edfinancial Services on behalf of NYHESC,   New York State Higher Education Services,
             99 Washington Ave.,   Albany, NY 12210-2822
5129884     +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5135161     +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
5129889     +Fnb Omaha,   P.o. Box 3412,   Omaha, NE 68197-0001
5129890     +Garden Homes Management Corporation,   29 Knapp St,   PO Box 4401,   Stamford, CT 06907-0401
5179096      Grnsky/thdlnsvc/fiftht,   Home Depot,   PO Box 71215,   Charlotte, NC 28272-1215
5129892     +Guthrie/Robert Packer Hospital,   1 Guthrie Square,   Sayre, PA 18840-1698
5138858      Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,   GLHEC and Affiliates,
             PO BOX 8961,   Madison, WI 53708-8961
5139393      Navient Solutions, LLC. on behalf of,   Educational Credit Management Corporatio,
             PO BOX 16408,   St. Paul, MN 55116-0408
5129911     +Nissan Motor Acceptanc,   Po Box 660360,   Dallas, TX 75266-0360
5131032      Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
5129912      PA Income Tax - Dept of Rev,   PO BOX 280506,   Harrisburg, PA 17128-0506
5129914      Raymour & Flanigan,   PO Box 130,   Liverpool, NY 13088-0130
5129915     +Realpage Utility Management,   130 Saddlestone Place,   Camillus, NY 13031-1681
5129917     +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
5129919     +Sunoco/citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
5133056     +TD Auto Finance LLC,   Trustee Payment Dept., PO Box 16041,   Lewiston, ME 04243-9523
5133073     +TD Auto Finance LLC,   c/o Schiller, Knapp, LLP,   950 New Loudon Road,   Latham, NY 12110-2100
5129933     +Td Auto Finance,   Po Box 9223,   Farmington Hills, MI 48333-9223
5129934     +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
5129936     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
5149793      U.S. Bank NA dba Elan National Financial Services,   Bankruptcy Department,   PO Box 108,
             St Louis, MO 63166-0108
5129888     ++US BANK,  PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,   Po Box 108,   Saint Louis, MO 63166)
5129939     +WaterWatch,   67 Warehouse St,   Rochester, NY 14608-1736
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5129859     +E-mail/Text: ally@ebn.phinsolutions.com May 01 2019 19:47:54     Ally Financial,
             200 Renaissance Ctr,   Detroit, MI 48243-1300
5129862     +E-mail/Text: legal@blirentals.com May 01 2019 19:48:03     BLI Rentals LLC,   PO Box 992,
             Emporia, KS 66801-0992
5129865      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 01 2019 19:46:55     Capital One,
             15000 Capital One Dr,   Richmond, VA 23238
5129896      E-mail/Text: BankruptcyNotices@aafes.com May 01 2019 19:47:56     Military Star,
             3911 S Walton Walker Blv,   Dallas, TX 75236
5129870     +E-mail/PDF: pa_dc_ed@navient.com May 01 2019 19:47:31     Dept Of Ed/navient,   Po Box 9635,
             Wilkes Barre, PA 18773-9635
5129893      E-mail/Text: cio.bncmail@irs.gov May 01 2019 19:48:01     IRS - Federal,
             Centralized Insolvency Operation,   Post Office Box 7346,   Philadelphia, PA 19101-7346
5129894     +E-mail/Text: bncnotices@becket-lee.com May 01 2019 19:48:00     Kohls/capone,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
5129897     +E-mail/PDF: pa_dc_claims@navient.com May 01 2019 19:46:57     Navient,   Po Box 9500,
             Wilkes Barre, PA 18773-9500
5130196     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 01 2019 19:46:57
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5131217      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 01 2019 19:48:13
             Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
             Harrisburg PA  17128-0946
5129913     +E-mail/Text: bankruptcyteam@quickenloans.com May 01 2019 19:48:27     Quicken Loans,
             1050 Woodward Ave,   Detroit, MI 48226-1906
5133688     +E-mail/Text: bankruptcyteam@quickenloans.com May 01 2019 19:48:27     Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
5129916     +E-mail/Text: ebn_bkrt_forms@salliemae.com May 01 2019 19:48:32     Sallie Mae,   Po Box 3229,
             Wilmington, DE 19804-0229
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
5131034        E-mail/Text: bankruptcy@bbandt.com May 01 2019 19:48:09    Sheffield Financial,   PO Box 1847,
               Wilson, NC 27894-1847
5129918       +E-mail/Text: bankruptcy@bbandt.com May 01 2019 19:48:09    Sheffield Financial Co,
               2554 Lewisville Clemmons,   Clemmons, NC 27012-8110
5129921       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:46:54    Syncb/amazon,   Po Box 965015,
               Orlando, FL 32896-5015
5129922       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:28    Syncb/ashley Homestore,
               950 Forrer Blvd,   Kettering, OH 45420-1469
5129924       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:11    Syncb/care Credit,
               950 Forrer Blvd,   Kettering, OH 45420-1469
5129926       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:28    Syncb/jcp,   Po Box 965007,
               Orlando, FL 32896-5007
5129928       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:27    Syncb/lowes,   Po Box 965005,
               Orlando, FL 32896-5005
5129930       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:28    Syncb/sams Club Dc,
               Po Box 965005,   Orlando, FL 32896-5005
5129931       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:47:28    Syncb/toysrus,   Po Box 965005,
               Orlando, FL 32896-5005
5129932       +E-mail/PDF: gecsedi@recoverycorp.com May 01 2019 19:46:53    Syncb/walmart,   Po Box 965024,
               Orlando, FL 32896-5024
5179098       +E-mail/Text: bkrcy@ugi.com May 01 2019 19:48:35    UGI,   One UGI Center,
               Wilkes-Barre, PA 18711-0601
5129938        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 01 2019 19:47:52
               Verizon Fios,   PO Box 15124,   Albany, NY 12212-5124
                                                                                      TOTAL: 25


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5129891        Grnsky/thdlnsvc/fiftht
5129937        UGI
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5129861*      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
5129866*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
5129867*      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
5181293*       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5129871*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129872*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129873*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129874*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129875*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129876*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129877*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129878*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129879*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129880*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129881*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5129882*      +Dept Of Ed/navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
5180349*      +Edfinancial Services on behalf of NYHESC,   New York State Higher Education Services,
               99 Washington Ave.,   Albany, NY 12210-2822
5129885*      +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5129886*      +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5129887*      +Edfinancial Svcs,   120 N Seven Oaks Dr,   Knoxville, TN 37922-2359
5129895*      +Kohls/capone,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
5129898*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129899*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129900*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129901*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129902*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129903*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129904*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129905*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129906*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129907*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129908*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129909*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129910*      +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
5129920*      +Sunoco/citi,   Po Box 6497,   Sioux Falls, SD 57117-6497
5129923*      +Syncb/ashley Homestore,   950 Forrer Blvd,   Kettering, OH 45420-1469
5129925*      +Syncb/care Credit,   950 Forrer Blvd,   Kettering, OH 45420-1469
5129927*      +Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
5129929*      +Syncb/lowes,   Po Box 965005,   Orlando, FL 32896-5005
5129935*      +Td Bank Usa/targetcred,   Po Box 673,   Minneapolis, MN 55440-0673
                                                                            TOTALS: 2, * 41, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    TD Auto Finance LLC ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Matthew Joseph Zeigler    on behalf of Debtor 1 Andrea Marie Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              Matthew Joseph Zeigler    on  behalf  of Debtor 2 Robert Blain Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 6

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Andrea Marie Shaul**
**Robert Blain Shaul**

CHAPTER 13
CASE NO.     4:18-bk-04779

■ ORIGINAL PLAN
_____ AMENDED AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1.     **PLAN FUNDING AND LENGTH OF PLAN.**

    A.     **Plan Payments From Future Income**

        1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**35,130.60**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | 585.51 | 0.00 | 585.51 | 35,130.60 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $35,130.60 |

        2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: ☐ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

      ■ Debtor is over median income. Debtor(s) estimates that a minimum of $**0.00** must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B.**    **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

■ No assets will be liquidated. If this line is checked, the rest of § 1.B need not be completed or reproduced.

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

**2.**    **SECURED CLAIMS.**

**A.**    **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

**B.**    **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

☐ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

■ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Ally Financial | 2017 Nissan Titan SV 11000 miles<br>Vehicle: | 1383 |
| Td Auto Finance | 2016 GMC Yukon XL 53000 miles<br>Vehicle: | 4062 |

**C.**    **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*

☐ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

■ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Ally Financial | 2017 Nissan Titan SV 11000 miles Vehicle: | $0.00 | $4,558.87 | $4,558.87 |
| Td Auto Finance | 2016 GMC Yukon XL 53000 miles Vehicle: | $0.00 | $2,976.14 | $2,976.14 |

**D .** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

**E .** **Secured claims for which a § 506 valuation is applicable.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

**F .** **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

**G .** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.** **PRIORITY CLAIMS.**

**A.** **Administrative Claims**

1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees.</u> Complete only one of the following options:

a. In addition to the retainer of $ **2,000.00** already paid by the Debtor, the amount of $ **2,000.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c).

b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. <u>Other.</u> Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B.** **Priority Claims (including, certain Domestic Support Obligations**

☐ None. *If "None" is checked, the rest of § 3.B need not be completed or reproduced.*

■ Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| PA Income Tax - Dept of Rev | $906.00 |
| Sallie Mae | $6,049.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 4:18-bk-04779-RNO Doc 43 Filed 05/03/19 Entered 05/04/19 00:53:25 Desc
Imaged Certificate of Notice Page 6 of 8

    **C.**  **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

    ■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

**4.**    **UNSECURED CLAIMS**

    **A.**  **Claims of Unsecured Nonpriority Creditors Specially Classified.**
        *Check one of the following two lines.*

    ■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    **B.**  **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.**    **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

    ■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

**6.**    **VESTING OF PROPERTY OF THE ESTATE.**

    **Property of the estate will vest in the Debtor upon**

    *Check the applicable line:*

    ☐    plan confirmation.
    ☐    entry of discharge.
    ☐    closing of case.

**7.**    **DISCHARGE: (Check one)**

    ■   The debtor will seek a discharge pursuant to § 1328(a).

    ☐   The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8.**    **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

4

Payments from the plan will be made by the Trustee in the following order:

Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9.   NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:   **April 2, 2019** _____

**/s/ Matthew J. Zeigler**
**Matthew J. Zeigler**
Attorney for Debtor

**/s/ Andrea Marie Shaul**
**Andrea Marie Shaul**
Debtor

**/s/ Robert Blain Shaul**
**Robert Blain Shaul**
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy