# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Andrea Marie Shaul**, **Robert Blain Shaul**, Debtor(s)

Case No. **4:18-bk-04779**
Chapter **13**

# MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **November 12, 2018**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **August 16, 2019**　　Signature **/s/ Andrea Marie Shaul**
　　　　　　　　　　　　　　　　　　　　　Andrea Marie Shaul
　　　　　　　　　　　　　　　　　　　　　Debtor

Date **August 16, 2019**　　Signature **/s/ Robert Blain Shaul**
　　　　　　　　　　　　　　　　　　　　　Robert Blain Shaul
　　　　　　　　　　　　　　　　　　　　　Joint Debtor

Attorney **/s/ Matthew J. Zeigler**
　　　　　　Matthew J. Zeigler

**Zeigler & Associates LLC**
**353 Pine Street**
**Suite 3**
**Williamsport, PA 17701**
**570-599-2211**
**Fax: 570-599-2209**
**mjzeigler@comcast.net**