```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                            Case No. 18-04779-RNO
Andrea Marie Shaul                                                Chapter 7
Robert Blain Shaul
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4        User: KADavis            Page 1 of 1            Date Rcvd: Aug 21, 2019
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db/jdb         +Andrea Marie Shaul,   Robert Blain Shaul,   13585 Berwick Tpke,   Gillett, PA 16925-9125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Defendant    Educational Credit Management Corporation
               jschalk@barley.com,   sromig@barley.com
              Martin A Mooney    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com
              Matthew Joseph Zeigler    on behalf of Plaintiff Andrea Marie Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              Matthew Joseph Zeigler    on behalf of Debtor 1 Andrea Marie Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              Matthew Joseph Zeigler    on behalf of Debtor 2 Robert Blain Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **ANDREA MARIE SHAUL** | Chapter: | 13 |
| Debtor 1 | Case No.: | 4-18-bk-04779 RNO |
| **ROBERT BLAIN SHAUL** | Document No.: | 50 |
| Debtor 2 | Nature of Proceeding: | Motion to Convert Case |

## ORDER

After due consideration of the Debtors' Motion to Convert Case from Chapter 13 to Chapter 7, it is

ORDERED that the Motion is GRANTED and the within bankruptcy case is converted from a case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

August 21, 2019

Order – Blank without Parties  - Revised 04/18

Case 4:18-bk-04779-RNO    Doc 53    Filed 08/23/19    Entered 08/24/19 00:36:42    Desc
Imaged Certificate of Notice    Page 2 of 2