IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul
      Robert Blain Shaul, Debtors

Chapter 7, No. 4:18-bk-04779

Andrea Marie Shaul, Plaintiff

Vs.

Navient and
EdFinancial Services, Defendants

Adversary Proceeding
4:19-ap-00054

## APPLICATION TO EMPLOY ATTORNEY

TO THE HONORABLE ROBERT N. OPEL, BANKRUPTCY JUDGE:

The application of Andrea Shaul and Robert Shaul respectfully represents:

1. On the 31st day of August 2018, applicant was hired to represent Andrea Marie Shaul and Robert Blaine Shaul in a Chapter 13 bankruptcy action.

2. On the 9th of December 2018, applicant was hired to file an adversary action on behalf of Andrea Shaul as listed in the docket above.

3. On the 21st of August, 2019, this case was converted from a Chapter 13 to a Chapter 7 bankruptcy.

4. The professional services that Matthew J. Zeigler, Esquire, is to render are, among others, the following:

    (a) to handle any and all legal problems which may arise during the course of the adversary proceeding.

4. The proposed billing rate for the attorney for the debtors will be $200.00 an hour plus costs for services rendered during calendar years 2019 and 2020.

5. To the best of applicants' knowledge, Matthew J. Zeigler, Esquire, has no connection with the creditors, or any other party in interest, and represents no interest adverse to the debtors upon which he is to be engaged, and his employment would be in the best interest of the debtors.

WHEREFORE, applicants pray that they be authorized to employ Matthew J. Zeigler, Esquire, as their attorney under a general retainer.

Respectfully submitted,

/s/ Matthew J. Zeigler
Matthew J. Zeigler, ID # 83367
Attorney for Plaintiff
Zeigler & Associates
353 Pine Street, Suite 3
Williamsport, PA 17701
570-599-2211, Fax: 570-599-2209
mjzeigler@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul
       Robert Blain Shaul, Debtors

Chapter 7, No. 4:18-bk-04779

Andrea Marie Shaul, Plaintiff

Adversary Proceeding
       4:19-ap-00054

vs.

Navient and
EdFinancial Services, Defendants

### AFFIDAVIT OF PROPOSED ATTORNEY

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | SS |
| COUNTY OF LYCOMING | : | |

I, Matthew J. Zeigler, Esquire, hereby make solemn oath:

1. I am an attorney and counselor-at-law duly admitted to practice in the Commonwealth of Pennsylvania, and the United State Bankruptcy Court for the Middle District of Pennsylvania.

2. I maintain an office for the practice of law at Zeigler & Associates, LLC, 353 Pine Street, Suite 3, Williamsport, PA 17701.

3. I have no connection with the Defendants, creditors for the Plaintiffs or any party in interest herein, or his respective attorneys.

4. I represent no interest adverse to the Debtor in the matters upon which I am to be engages.

5. I am a disinterested person within Section 101(14) of the Bankruptcy Code.

                                                  Matthew J. Zeigler, Esquire

Sworn to and subscribed to me this 23rd day
Of Sept., 2019.

Notary Public

My commission expires:
3/30/21

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jennifer L Matthews
Loyalsock Twp, Lycoming County
My Commission Expires 03/30/2021

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul
      Robert Blain Shaul, Debtors

Chapter 7, No. 4:18-bk-04779

Andrea Marie Shaul, Plaintiff

Vs.

Navient and
EdFinancial Services, Defendants

Adversary Proceeding
             4:19-ap-00054

## CERTIFICATE OF SERVICE

I, **Christine G. Zeigler,** paralegal for Attorney Matthew J. Zeigler, attorney for Andrea and Robert Shaul, Debtors, and Andrea Shaul, Plaintiff, do certify that I served a true and correct copy of the foregoing **APPLICATION** by depositing a true and correct copy of the same in the United States Mail at Williamsport, Pennsylvania, postage prepaid, first class mail, on September 23, 2019, addressed to the following:

Edfinancial Services
New York State Higher Education Services Corp
99 Washington Avenue
Albany, NY 12214

Navient Solutions LLC
GLHEC and Affiliates
PO Box 8961
Madison, WI 53708-8961

Edfinancial Services
Massachusetts Education Assistance Corp d/b/a
American Student Assistance
PO Box 16129
St. Paul, MN 55116

Navient Solutions LLC
Educational Credit Management Corporation
Lockbox 8682
St. Paul, MN 55116-8682

                            **Respectfully Submitted:**
                            **ZEIGLER & ASSOCIATES LLC**
                            **Attorney for Debtors**

                              **s/Christine G. Zeigler**
                            **Christine G. Zeigler, paralegal**
                            For Attorney Matthew J. Zeigler,
                            Attorney ID: 83367
                            353 Pine Street, Suite 3
                            Williamsport, PA 17701
                            (570) 599-2211,
                            mjzeigler@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul
      Robert Blain Shaul, Debtors

Chapter 7, No. 4:18-bk-04779

Andrea Marie Shaul, Plaintiff

Vs.

Navient and
EdFinancial Services, Defendants

Adversary Proceeding
      4:19-ap-00054

## **ORDER**

Upon consideration of the annexed application of Matthew J. Zeigler in the above matter, praying for authority to employ and appoint Matthew J. Zeigler, Esquire, under a general retainer to represent as an attorney for the debtors, no adverse interest having been represented, and it further appearing the Matthew J. Zeigler, Esquire, is an attorney duly admitted to practice in this court, and the court being satisfied that Matthew J. Zeigler, Esquire, represents no adverse interest as an attorney for the Debtors in the matters upon which he is to be engaged, that his employment is necessary and would be in the best interest of the Debtors, and that the case is one justifying the employment of an attorney under a general retainer, it is

HEREBY ORDERED AND DECREED that the said Matthew J. Zeigler, is hereby authorized to employ the said Matthew J. Zeigler, Esquire, as attorney under a general retainer.