IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul          Chapter 7, No. 4:18-bk-04779
       Robert Blain Shaul, Debtors

## AMENDED APPLICATION TO EMPLOY ATTORNEY

TO THE HONORABLE ROBERT N. OPEL, BANKRUPTCY JUDGE:

The application of Andrea Shaul and Robert Shaul respectfully represents:

1. On the 31st day of August 2018, applicant was hired to represent Andrea Marie Shaul and Robert Blaine Shaul in a Chapter 13 bankruptcy action.

2. On the 9th of December 2018, applicant was hired to file an adversary action on behalf of Andrea Shaul as listed in the docket above.

3. On the 21st of August, 2019, this case was converted from a Chapter 13 to a Chapter 7 bankruptcy.

4. The professional services that Matthew J. Zeigler, Esquire, is to render are, among others, the following:

   (a) to handle any and all legal problems which may arise during the course of the adversary proceeding of this bankruptcy matter.

4. The proposed billing rate for the attorney for the debtors will be $200.00 an hour plus costs for services rendered during calendar years 2019 and 2020.

5. To the best of applicants' knowledge, Matthew J. Zeigler, Esquire, has no connection with the creditors, or any other party in interest, and represents no interest adverse to the debtors upon which he is to be engaged, and his employment would be in the best interest of the debtors.

WHEREFORE, applicants pray that they be authorized to employ Matthew J. Zeigler, Esquire, as their attorney under a general retainer.

Respectfully submitted,

/s/ Matthew J. Zeigler
Matthew J. Zeigler, ID # 83367
Attorney for Plaintiff
Zeigler & Associates
353 Pine Street, Suite 3
Williamsport, PA 17701
570-599-2211, Fax: 570-599-2209
mjzeigler@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul           Chapter 7, No. 4:18-bk-04779
Robert Blain Shaul, Debtors

## AFFIDAVIT OF PROPOSED ATTORNEY

COMMONWEALTH OF PENNSYLVANIA     :
                                             :    SS
COUNTY OF LYCOMING                     :

I, Matthew J. Zeigler, Esquire, hereby make solemn oath:

1. I am an attorney and counselor-at-law duly admitted to practice in the Commonwealth of Pennsylvania, and the United State Bankruptcy Court for the Middle District of Pennsylvania.

2. I maintain an office for the practice of law at Zeigler & Associates, LLC, 353 Pine Street, Suite 3, Williamsport, PA 17701.

3. I have no connection with the Defendants, creditors for the Plaintiffs or any party in interest herein, or his respective attorneys.

4. I represent no interest adverse to the Debtor in the matters upon which I am to be engages.

5. I am a disinterested person within Section 101(14) of the Bankruptcy Code.

_____
Matthew J. Zeigler, Esquire

Sworn to and subscribed to me this 25th day
Of Sept., 2019.

_____
Notary Public

My commission expires: 3/30/21

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Jennifer L Matthews
Loyalsock Twp, Lycoming County
My Commission Expires 03/30/2021

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul  
      Robert Blain Shaul, Debtors

Chapter 7, No. 4:18-bk-04779

## CERTIFICATE OF SERVICE

I, **Christine G. Zeigler,** paralegal for Attorney Matthew J. Zeigler, attorney for Andrea and Robert Shaul, Debtors, and Andrea Shaul, Plaintiff, do certify that I served a true and correct copy of the foregoing **AMENDED APPLICATION** by depositing a true and correct copy of the same in the United States Mail at Williamsport, Pennsylvania, postage prepaid, first class mail, on September 26, 2019, addressed to the parties on the following 2 pages.

    **Respectfully Submitted:**  
    **ZEIGLER & ASSOCIATES LLC**  
    **Attorney for Debtors**

    **s/Christine G. Zeigler**  
    **Christine G. Zeigler, paralegal**  
    For Attorney Matthew J. Zeigler,  
    Attorney ID: 83367  
    353 Pine Street, Suite 3  
    Williamsport, PA 17701  
    (570) 599-2211,  
    mjzeigler@comcast.net

Case 4:18-bk-04779-RNO   Doc 59   Filed 09/26/19   Entered 09/26/19 15:05:47   Desc
Main Document   Page 4 of 7

# CREDITOR LIST

ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT, MI 48243

EDFINANCIAL SERVICES
MASSACHUSETTS EDUCATION CORP
DBA AMERICAN STUDENT ASSISTANCE
PO BOX 16129
ST. PAUL, MN 55116

MILITARY STAR
3911 S WALTON WALKER BLV
DALLAS, TX 75236

BLI RENTALS LLC
PO BOX 992
EMPORIA, KS 66801

ELAN FINANCIAL SERVICE
PO BOX 108
SAINT LOUIS, MO 63166

NAVIENT SOLUTIONS LLC
GLHEC AND AFFILIATES
PO BOX 8961
MADISON, WI 53708-8961

CANAL CROSSING
130 SADDLESTONE LN
MAIN OFFICE
CAMILLUS, NY 13031

FNB OMAHA
P.O. BOX 3412
OMAHA, NE 68197

NAVIENT SOLUTIONS LLC
EDUCATIONAL CREDIT
MGMT CORPORATION
LOCKBOX 8682
ST. PAUL, MN 55116-8682

CAPITAL ONE
15000 CAPITAL ONE DR
RICHMOND, VA 23238

GARDEN HOMES MANAGEMENT
CORPORATION
29 KNAPP ST
PO BOX 4401
STAMFORD, CT 06907

NISSAN MOTOR
ACCEPTANCE
PO BOX 660360
DALLAS, TX 75266

CBNA
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE, IL 60007

GRNSKY/THDLNSVC/FIFTHT
PO BOX 71215
CHARLOTTE, NC 28272-1215

PA INCOME TAX - DEPT OF
REVENUE
PO BOX 280506
HARRISBURG, PA 17128-0506

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850

GUTHRIE/ROBERT PACKER HOSPITAL
1 GUTHRIE SQUARE
SAYRE, PA 18840

PORTFOLIO RECOVERY
ASSOCIATES
Synchrony Bank
PO BOX 41067
NORFOLK, VA 23541

DR. ROBERT DRACKER
4811 BUCKLEY ROAD
LIVERPOOL, NY 13088

IRS - FEDERAL
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA, PA 19101-7346

QUICKEN LOANS
1050 WOODWARD AVE
DETROIT, MI 48226

EDFINANCIAL SERVICES
NEW YOUR STATE HIGHER
EDUCATION SERVICES CORP
99 WASHINGTON AVENUE
ALBANY, NY 12214

KOHLS/CAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051

RADIUS GLOBAL SOLUTIONS
AMERICAN EXPRESS
500 N FRANKLIN TURNPIKE
SUITE 200
NJ 07466

| | | |
|---|---|---|
| RAYMOUR & FLANIGHAN<br>PO BOX 130<br>LIVERPOOL, NY 13088-0130 | SHEFFIELD FINANCIAL CO<br>2554 LEWISVILLE CLEMMONS<br>CLEMMONS, NC 27012 | THD/CBNA<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 |
| REALPAGE UTILITY MANAGEMENT<br>130 SADDLESTONE PLACE<br>CAMILLUS, NY 13031 | SUNOCO/CITI<br>PO BOX 6497<br>SIOUX FALLS, SD 57117 | UGI<br>ONE UGI CENTER<br>WILKES BARRE, PA 18711-0600 |
| SALLIE MAE<br>PO BOX 3229<br>WILMINGTON, DE 19804 | TD AUTO FINANCE<br>PO BOX 9223<br>FARMINGTON HILLS, MI 48333 | VERIZON FIOS<br>PO BOX 15124<br>ALBANY, NY 12212-5124 |
| SEARS/CBNA<br>PO BOX 6283<br>SIOUX FALLS, SD 57117 | TD BANK USA/TARGETCRED<br>PO BOX 673<br>MINNEAPOLIS, MN 55440 | WATERWATCH<br>67 WAREHOUSE ST<br>ROCHESTER, NY 14608 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In RE: Andrea Marie Shaul  Chapter 7, No. 4:18-bk-04779
Robert Blain Shaul, Debtors

## ORDER

Upon consideration of the annexed application of Matthew J. Zeigler in the above matter, praying for authority to employ and appoint Matthew J. Zeigler, Esquire, under a general retainer to represent as an attorney for the debtors, no adverse interest having been represented, and it further appearing the Matthew J. Zeigler, Esquire, is an attorney duly admitted to practice in this court, and the court being satisfied that Matthew J. Zeigler, Esquire, represents no adverse interest as an attorney for the Debtors in the matters upon which he is to be engaged, that his employment is necessary and would be in the best interest of the Debtors, and that the case is one justifying the employment of an attorney under a general retainer, it is

HEREBY ORDERED AND DECREED that the said Matthew J. Zeigler, is hereby authorized to employ the said Matthew J. Zeigler, Esquire, as attorney under a general retainer.