IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ANDREA MARIE SHAUL
AND ROBERT BLAIN SHAUL,

    Debtors.

TD AUTO FINANCE LLC,

    Creditor,

v.

ANDREA MARIE SHAUL
AND ROBERT BLAIN SHAUL,

    Respondents.

CASE NO. 18-bk-04779-RNO

CHAPTER 7

**CERTIFICATION OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on September 9, 2019. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than September 26, 2019.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: September 30, 2019

TD AUTO FINANCE LLC

By Its Counsel

/s/ Martin A. Mooney
Martin A. Mooney, Esq. ID #315063
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
950 New Loudon Road, Suite 109
Latham, New York 12110
Tel (518) 786-9069
E-Mail: MMooney@schillerknapp.com