```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                    Case No. 18-04779-RNO
Andrea Marie Shaul                                        Chapter 7
Robert Blain Shaul
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4         User: AutoDocke         Page 1 of 1              Date Rcvd: Jan 30, 2020
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2020.
db/jdb          +Andrea Marie Shaul,    Robert Blain Shaul,    13585 Berwick Tpke,    Gillett, PA 16925-9125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:
              James     Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Defendant    Educational Credit Management Corporation
               jschalk@barley.com,    sromig@barley.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,    PA39@ecfcbis.com
              Martin A Mooney    on behalf of Creditor    TD Auto Finance LLC kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              Matthew Joseph Zeigler     on behalf of Plaintiff Andrea Marie Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              Matthew Joseph Zeigler     on behalf of Debtor 1 Andrea Marie Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              Matthew Joseph Zeigler     on behalf of Debtor 2 Robert Blain Shaul mjzeigler@comcast.net,
               r59360@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

  Andrea Marie Shaul,                                   Chapter      7

           **Debtor 1**

                                                   Case No.      4:18–bk–04779–RNO

  Robert Blain Shaul,

           **Debtor 2**

Social Security No.:

                         xxx–xx–1389        xxx–xx–8376

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

                               **Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 30, 2020                              By the Court,

                                                                Honorable Robert N. Opel, II
                                                                United States Bankruptcy Judge
                                                                By: KarenDavis, Deputy Clerk

**fnldec** (05/18)